In the Matter of AMIRAH NICOLE A. and Others, Children Alleged to be Permanently Neglected. TAMIKA R., Appellant; SABRE A., Respondent, et al., Respondents.

Submitted June 1, 2010; decided July 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION/FIDELITY NEW YORK FSB, Respondent, v MARILYN LANE, Appellant, and FRANCES TURNER et al., Intervenors-Respondents.

Submitted June 1, 2010; decided July 1, 2010

Motion for reargument of motion for leave to appeal denied [*see* 14 NY3d 880 (2010)]. Cross motions for the imposition of sanctions denied.